IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Diondre Maurice Otto Stately (1), )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE:   JOHN F. DOCHERTY<br>U.S. Magistrate Judge<br><br>Case No:          19-cr-342 (ECT/LIB)<br>Date:             August 5, 2024<br>Court Reporter:   Carla Bebault<br>Courthouse:       St. Paul<br>Courtroom:        6A<br>Time Commenced:   11:02 a.m.<br>Time Concluded:   11:08 a.m.<br>Time in Court:    6 minutes |

X **PRELIMINARY REVOCATION HRG**          X **DETENTION HRG**

Time in Court Prelim/Det: [3 minutes/3 minutes]

APPEARANCES:

Plaintiff: Raphael Coburn/Katharine Buzicky, Assistant U.S. Attorney
Defendant:  Steven Wright
          X CJA

On    Violation of   X **Probation**

X Deft Ordered Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota.

Next appearance date is Friday, August 16, 2024 at 9:00 a.m. before U.S. District Judge Eric C. Tostrud in Courtroom 7D (STP) for:
  X Final Revocation

Additional Information:
Defendant waives the preliminary revocation and detention hearings.

*s/nah*
Signature of Courtroom Deputy