AO 245D (Rev. 11/16)  Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| v. | Case Number: **0:19-CR-00342-ECT-LIB(1)**<br>USM Number: **22311-041** |
| **DIONDRE MAURICE OTTO STATELY** | **Steven J. Wright**<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory and standard conditions of the term of supervision.

☐ was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New crime / possess firearm | 4/12/2023 |
| 2 | New crime / possess controlled substance and possess firearm | 11/27/2023 |
| 3 | Associating with a felon | 04/12/2023 and 11/27/2023 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ Restitution of $1,500.00 to be paid according to Judgment dated January 12, 2022.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. 5792 | **August 19, 2025**<br>Date of Imposition of Judgment |
| Defendant's Year of Birth: 2001 | **s/Joan N. Ericksen**<br>Signature of Judge |
| City and State of Defendant's Residence:<br>Minneapolis, Minnesota | **JOAN N. ERICKSEN**<br>**UNITED STATES DISTRICT JUDGE**<br>Name and Title of Judge |
| | **August 21, 2025**<br>Date |

AO 245D (Rev. 11/16)  Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT: | DIONDRE MAURICE OTTO STATELY |
| CASE NUMBER: | 0:19-CR-00342-ECT-LIB(1) |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 months.  The sentence imposed in Case No. 19-cr-342 (ECT/LIB) (1) on August 19, 2025, is to be served concurrently with the sentence imposed in Case No. 24-cr-269 (JNE/LIB) (2) on August 19, 2025.**

☒ The court makes the following recommendations to the Bureau of Prisons:
    That the defendant be imprisoned in Minnesota or as close to Minnesota as possible.
    That the defendant participate in the Residential Drug Abuse Program.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at      ☐ a.m. ☐ p.m. on
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before  on
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 11/16)  Sheet 3 - Supervised Release

| | |
|---|---|
| DEFENDANT: | DIONDRE MAURICE OTTO STATELY |
| CASE NUMBER: | 0:19-CR-00342-ECT-LIB(1) |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  **No Term of Supervised Release Imposed in Case No. 19-cr-342 (ECT/LIB) (1).**